MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for PHUONG PHAM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-S-10-284 MCE
              Plaintiff,            )
                                    ) STIPULATION AND
    v.                        ) ORDER TO CONTINUE THE STATUS
                                    ) CONFERENCE
PHUONG PHAM,                   )
                                    ) Date: 1-6-2011
              Defendant.            ) Time: 9:00 a.m.
===============================) Judge: Hon. Morrison C. England

It is hereby stipulated between the parties, Assistant United States Attorney Michael Beckwith and Michael Long, attorney for PHUONG PHAM, that the status conference date of December 9, 2010, should be continued until January 6, 2011.

Mr. Long is presently in trial in Dept. 10 in Sacramento County Superior Court.  The trial should be finished by the first week of January.  Mr. Pham will plead guilty on January 6th.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of January 6, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  December 6, 2010                      Respectfully submitted,

                                                /s/ Michael D. Long_____
                                                MICHAEL D. LONG
                                                Attorney for Mr. Pham

Dated:  December 6, 2010

                    BENJAMIN WAGNER
                    United States Attorney

                    /s/ Todd Leras
                    TODD LERAS
                    Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-10-284 MCE
               Plaintiff,   )
                  ) ORDER
   v.   )
                  ) Date:  1-6-11
PHOUNG PHAM,   ) Time: 9:00 a.m.
                  ) Judge: Hon. Morrison C. England
             Defendant.   )
===============================)

     UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for December 9, 2010, at 9:00 a.m. be continued to January 6, 2011, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.

     The period of time from the signing of this Order up to and including the new status conference date of January 6, 2011, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  December 7, 2010

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE